## Commonwealth *v.* Wood, Appellant.

Argued November 9, 1970. *Charles H. Lehman,* with him *David J. Humphreys,* and *Hess, Hess, Peirce & Humphreys,* for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.